IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID UNOLT, | ) | Civil Action No. 1:14-01256-PLM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Paul L. Maloney |
| | ) | United States District Judge |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: April 27, 2015

/s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge