UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID UNOLT,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No.: 1:14-cv-1256

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 19). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act (ECF No. 17) is **GRANTED IN PART AND DENIED IN PART**. Judgment shall enter in plaintiff's favor in the amount of $3,341.94.

Dated: December 22, 2015

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge