UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID UNOLT,

    Plaintiff,

v.

    Case No. 1:14-cv-1256

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $3,341.94.

Date: December 22, 2015

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District