UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID UNOLT,

    Plaintiff,

v.

    Case No.: 1:14-cv-1256

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 24).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b) (ECF No. 22) is **GRANTED**.  Counsel is awarded eight thousand, one hundred thirty-eight dollars and zero cents ($8,138.00) pursuant to 42 U.S.C. § 406(b).

Dated:  December 12, 2016
    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge